# Order

Michigan Supreme Court
Lansing, Michigan

September 8, 2017

155829 & (59)(60)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

KIMBERLY HATCHER,
        Plaintiff-Appellee,

v

LIBERTY MUTUAL INSURANCE
COMPANY,
        Defendant-Appellant.

SC: 155829
COA: 330062
Macomb CC: 2013-003906-NF

_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017

Clerk

a0905